FIL[ED]

UNITES STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF _____

2022 JUL -5 PM 2:54
US DISTRICT
MIDDLE DISTRICT
ORLANDO, F[L]

_____ DIVISION

CASE NO. 6:22-CV-1155

ARTHUR VAUGHN HARRIS
  PLAINTIFF(S)

~ V ~

HONORABLE JUDGE LISA DAVIDSON
  DEFENDANT(S)

PATRICK ARNOLD LEPORE
  DEFENDANT(S)

AMY TUCKER McLAUGHLIN
  DEFENDANT(S)


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(PRISONER COMPLAINT)

I. A) THE PLAINTIFF(S)

ARTHUR VAUGHN HARRIS
#467-3447
BREVARD COUNTY JAIL COMPLEX
860 CAMP RD
COCOA, FL 32927

B) THE DEFENDANT(S)

DEFENDANT NO. 1
HONORABLE JUDGE LISA DAVIDSON
18th JUDICIAL CIRCUIT JUDGE
MOORE JUSTICE CENTER
2825 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940
INDIVIDUAL CAPACITY
OFFICIAL CAPACITY

DEFENDANT NO. 2
ATTORNEY: PATRICK ARNOLD LEPORE
PUBLIC DEFENDERS OFFICE
2725 JUDGE FRAN JAMIESON WAY..,. BUILDING E
VIERIA, FL 32940
INDIVIDUAL CAPACITY
OFFICIAL CAPACITY

Defendant No. 3
Amy Tucker McLaughlin
Prosecutor
State Attorney's Office
2725 Judge Fran Jamieson Way... Building D
Viera, FL 32940
Individual Capacity
Official Capacity

II. Basis For Jurisdiction

A) State or Local Officials (A § 1983 Claim)

B) U.S Constitution. AMD VI (1791), Right to Speedy Trial; Fla Constitution Article I § 14 Pre-Trial Release; Detention Fla Constitution Article I § 17 Excessive Punishment i.e. (Excessive Fines, Bail and Punishment)...

C) N/A

D) According to 1983, Under The Color of State and Local Law The Judge Abused Her Discretion when she Excessively set Bond which made it Punitive and Excessive; Fla. Con. Act I §14, §17; Under the United States Constitution AMD VI (1791) My Right to Speedy Trial was waived without my consent and the Assistant State Attorney Suborned a Perjury Statement

FROM THE WITNESS WHICH IN TURN MOVED THE JUDGE TO EXCESSIVELY SET MY BAIL NOT FOLLOWING THE FLORIDA LOCAL BOND SCHEDULE.

III. PRISONER STATUS
PRE-TRIAL DETAINEE

IV. STATEMENT OF CLAIM

A) TO BRIEFLY STATE THE FACTS I AM BEING ILLEGALLY DETAINED ACCORDING TO THE FLORIDA CONSTITUTION AND THE UNITED STATES CONSTITITION, STEMMING FROM LIES, PERJURY, PAYOFFS ABUSED DISCRETION AND AUTHORITY, TRUMPT UP CHARGES AND CORRUPT GOVERNMENT AND COURT OFFICIALS. MY PRESUMPTION OF INNOCENCE HAS BEEN TAKEN AWAY FROM ME AND NO REMEDY SET FORTH TO GRANT ME PRE-TRIAL RELIEF OR RELEASED FROM ABOVE MENTIONED VIOLATIONS.

B) N/A

C) JULY 19, 2021.. 09:00 AM   AND ON GOING

D) I WAS ARRESTED AND WRONGFULLY CHARGED WHEN I WAS PROTECTING MYSELF. (STANDING MY GROUND); THEN MY BAIL WAS EXCESSIVELY SET FOR THE PURPOSE OF KEEPING ME IMPRISONED. THE COURT APPOINED ATTORNEY WAIVED MY RIGHT TO SPEEDY TRIAL WITHOUT MY

CONSENT WHEN THERE HADNT BEEN ANY ATTORNEY CLIENT RELATIONSHIP ESTABLISHED. (I DIDNT KNOW HE WAS REPRESENTING ME). AND THE STATE ATTORNEY WENT AS FAR AS TO GETTING A SUBORNED PERJURY TESTIMONY FROM WITNESS BY PROMISING VICTIMS AWARENESS COMPENSATION FUNDS.

## V. INJURIES

I SUSTAINED A BROKEN SHOULDER WHEN THE DEPUTIES SLAMMED ME ON MY LEFT SHOULDER AFTER COMPLAINING ABOUT PAIN IN MY LEFT SIDE DUE TO ACCIDENT. I HAVE SINCE BEEN HOUSED IN THE JAILS MEDICAL FACILITY. THERE ARE X-RAYS, CT-SCANS, MRI'S AND REPORTS. I HAVE SEEN AN ORTHPEDR SPECIALIST WHO ADMINISTERED INTERVEINOUS STEROIDAL TREATMENT TO AREA OF INJURY. AS OF JUNE 7, 2022 I HAVE HAD THREE SCHEDULED PHYSICAL THERAPY SESSIONS. BUT MY SHOULDER HASNT HEALED SO IM AWAITING SURGERY

## VI. RELIEF

I WANT THE COURT TO FIND FAULT IN THE PARTIES RESPONSIBLE FOR MY UNJUST INCARCERATION WITH SOME TYPE OF REMEDY SET FORTH TO RECTIFY THIS MATTER WHEATHER IT BE REASONABLE MONETARY OR EITHER A RECOGNAZANCE BOND SO THAT SOME TYPE OF PRE-TRIAL RELEASE CAN BE ACCOMPLISHED. I AM ALSO SEEKING PUNITIVE DAMAGES

FOR TIME LOSSED, PAIN AND ONGOING SUFFERING, MENTAL ANGUISH AND IMMUNITY.

VII. EXHAUSTION OF AMINISTRATIVE PROCEDURES

    A) YES

    BREVARD COUNTY JAIL COMPLEX

    B) YES

    C) NO

    D) NO ; NO

    E) N/A

    F) N/A

    G) N/A

VIII. PREVIOUS LAWSUITS

    NO

    A) NO

B) N/A

C) NO

D) N/A

CERTIFICATE AND CLOSING

A) JUNE 30, 2022

*Arthur Vaughn Harris*

ARTHUR VAUGHN HARRIS
467-3447
860 CAMP RD
COCOA, FL 32927

I SWEAR THAT A TRUE AND CORRECT COPY HAS BEEN SENT VIA U.S. MAIL TO THE FOLLOWING RECIPIENTS

HONORABLE JUDGE LISA DAVIDSON
MOORE JUSTICE CENTER
2625 JUDGE FRAN JAMIESON WAY
VIERA, FL 32940

PATRICK ARNOLD LEPORE
2725 JUDGE FRAN JAMIESON WAY BUILDING E
VIERA, FL 32940

AMY TUCKER MCLAUGHLIN
2725 JUDGE FRAN JAMIESON WAY BUILDING D
VIERA, FL 32940

*[signature]*

JUNE 30, 2022